FILED by\_\_TB\_\_ D.C.

Dec 12, 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**17-60304-CR-BLOOM/VALLE**
CASE NO. _____

18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(2)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

DONALD WALTER MOON and
MARK BAUGHER,

      Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Conspiracy to Commit Access Device Fraud**
**(18 U.S.C. § 1029(b)(2))**

From on or about December 9, 2016, and continuing through on or about December 12, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**DONALD WALTER MOON and
MARK BAUGHER,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029(a), namely, to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, credit card account numbers and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

## ACTS IN FURTHERANCE OF THE CONSPIRACY

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, and elsewhere, at least one of the following acts, among others:

1. On or about December 9, 2016, **DONALD WALTER MOON** checked himself and his guest, **MARK BAUGHER**, into the Grand Resort and Spa in Fort Lauderdale, Florida, using a credit card encoded with account number 2610 issued to "M.E.A." to pay for the room charges.

2. On or about December 12, 2016, in Broward County, Florida, **DONALD WALTER MOON** and **MARK BAUGHER** maintained in their possession an electronic template used to make counterfeit Florida Driver's Licenses.

3. On or about December 12, 2016, in Broward County, Florida, **DONALD WALTER MOON** maintained in his possession a counterfeit Florida Driver's License bearing his photograph, but the name of "A.R."

4. On or about December 12, 2016, in Broward County, Florida, **MARK BAUGHER** also maintained in his possession a separate counterfeit Florida Driver's License bearing his photograph, but the name of "A.R."

5. On or about December 12, 2016, in Broward County, Florida, **DONALD WALTER MOON** and **MARK BAUGHER** maintained in their possession more than fifteen (15) unauthorized credit card account numbers and social security numbers issued to other persons.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 2
### Use of Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(2))

From on or about November 18, 2016, and continuing through on or about November 22, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DONALD WALTER MOON,**

did knowingly, and with the intent to defraud, use one or more unauthorized access devices, that is, a credit card account number issued to another person, during any one-year period, and by such conduct did obtain anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 2.

## COUNT 3
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about November 18, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DONALD WALTER MOON,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(2), that is, knowingly, and with intent to defraud, using one or more unauthorized access devices, that is, a credit card account number issued to another person, during any one-year period, and by such conduct obtaining anything of value aggregating $1,000 or more during that period, said conduct affecting interstate and foreign commerce, as charged in Count 2 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, that is, a credit card encoded with account number 8647 issued to "C.H.," in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## COUNT 4
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about December 12, 2016, in Broward County, in the Southern District of Florida, the defendants,

**DONALD WALTER MOON and
MARK BAUGHER,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, credit card account numbers and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 5-8
### Aggravated Identify Theft
### (18 U.S.C. § 1028A(a)(1))

On or about December 12, 2016, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**DONALD WALTER MOON and
MARK BAUGHER,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, credit card account numbers and social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, as charged in Count 4 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below:

| Count | Defendant | Means of Identification |
|---|---|---|
| 5 | DONALD WALTER MOON and MARK BAUGHER | Name and credit card account number ending in 1833, issued to "A.R." |

| Count | Defendant | Means of Identification |
|---|---|---|
| 6 | **DONALD WALTER MOON** | Name and credit card account number ending in 1006, issued to "R.S." |
| 7 | **DONALD WALTER MOON** | Name and credit card account number ending in 2610, issued to "M.E.A." |
| 8 | **MARK BAUGHER** | Name, date of birth, and social security number of "W.S." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **FORFEITURE ALLEGATIONS**

1.     The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendants, **DONALD WALTER MOON** and **MARK BAUGHER**, have an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendants shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3.     The property which is subject to forfeiture includes a forfeiture money judgment in the amount of the value of any property that constitutes or is derived from proceeds obtained as a result of the offenses, and any personal property that was used or intended to be used to commit or facilitate the commission of the offenses.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2).

A TRUE B''

FO.

_____
BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

_____
ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DONALD WALTER MOON and
MARK BAUGHER,

        Defendants.
_____ /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

   ___ Miami     ___ Key West
    X   FTL     ___ WPB    ___ FTP

New Defendant(s)    Yes ___   No ___
Number of New Defendants   ___
Total number of counts   ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect   ___

4. This case will take   3-4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                    (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | ___ | Minor | |
| III | 11 to 20 days | ___ | Misdem. | |
| IV | 21 to 60 days | ___ | Felony | X |
| V | 61 days and over | ___ | | |

6. Has this case been previously filed in this District Court? (Yes or No)   No
If yes:
Judge: _____ Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)   No
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the District of
Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   Yes ___   No X

_____
ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5501847

*Penalty Sheet(s) attached                                                   REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: DONALD WALTER MOON

**Case No**: _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Sections 1029(b)(2) and 2

**\* Max. Penalty**:   5 Years' Imprisonment

Count #: 2

Access Device Fraud

Title 18, United States Code, Sections 1029(a)(2) and 2

**\* Max. Penalty**:   10 Years' Imprisonment

Count #: 4

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

**\* Max. Penalty**:   10 Years' Imprisonment

Counts #: 3, 5-7

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1) and 2

**\* Max. Penalty**:   2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MARK BAUGHER

**Case No**: _____

Count #: 1

Conspiracy to Commit Access Device Fraud

Title 18, United States Code, Sections 1029(b)(2) and 2

**\* Max. Penalty**:     5 Years' Imprisonment

Count #: 4

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

**\* Max. Penalty**:     10 Years' Imprisonment

Counts #: 5, 8

Aggravated Identity Theft

Title 18, United States Code, Sections 1028A(a)(1) and 2

**\* Max. Penalty**:     2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**