**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 17-CR-60304-BLOOM**

**UNITED STATES OF AMERICA**

**v.**

**DONALD MOON,**

     **Defendant.**

_____/

**UNITED STATES' MOTION FOR SENTENCE REDUCTION**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and hereby moves for a twenty-five percent (25%) reduction in the sentence of Defendant Donald Moon pursuant to Federal Rule of Criminal Procedure 35, in order to reflect his substantial assistance in the successful prosecution of others. In support of this motion, the Government states as follows:

1. On May 22, 2018, Moon pled guilty to one count of conspiracy to commit access device fraud, in violation of 18 U.S.C. § 1029, and one count of aggravated identity theft, in violation of 18 U.S.C. § 1028A (D.E. 48).

2. On August 27, 2018, the Court sentenced Moon to total term of 84 months' imprisonment (D.E. 64).

3. Moon has provided substantial assistance to the Government, the circumstances of which can be detailed for the Court at a hearing on this matter, if needed.

4. Accordingly, the United States respectfully moves this Court for a reduction in the Defendant's sentence.

WHEREFORE based on the Defendant's substantial assistance, the United States

respectfully recommends that this Court reduce Moon's sentence by twenty-five percent (25%), which would result in a total term of imprisonment of approximately sixty-three (63) months.

                                                      Respectfully submitted,

                                                      ARIANA FAJARDO ORSHAN
                                                      UNITED STATES ATTORNEY

By:       /s/ Anne P. McNamara
               Anne P. McNamara
               Assistant United States Attorney
               Court ID No. A5501847
               99 Northeast Fourth Street, Suite 400
               Miami, Florida 33132
               Tel: (305) 961-9213
                E-mail: Anne.McNamara2@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Anne P. McNamara*
Anne P. McNamara
Assistant United States Attorney
