UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 17-cr-60304-Bloom

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| DONALD MOON | : |
| _____ / | |

MOTION FOR A HEARING TO BE SCHEDULED
ON THE GOVERNMENT'S RULE 35 MOTION

DEFENDANT DONALD MOON, through counsel, respectfully moves the Court to schedule a hearing on the Government's Rule 35 Motion, and states:

1) Today, November 18, 2020, the Government filed a motion to reduce Mr. Moon's sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure. [D.E. 106].

2) Mr. Moon wishes to exercise his prerogative to proceed with a hearing on the Government's motion and requests that the Court schedule such hearing during the week beginning on November 23, 2020.

WHEREFORE, Defendant Moon respectfully serves notice of his election for a hearing on the Government's Rule 35 motion, and requests that a hearing be set.

Dated:  November 18, 2020

Respectfully submitted,

*/s/ David A. Howard*
David A. Howard, Esq.
David A. Howard, P.A.
Florida Bar No.:956589
25 SE 2nd Avenue, Suite 1105
Miami, FL 33131
Tel.: (786) 360-6056
Email: david@davidhowardlaw.com