UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60304-CR-BLOOM

UNITED STATES OF AMERICA

vs.

DONALD MOON,

        Defendant.
_____/

## GOVERNMENT'S MOTION TO CONTINUE SUPERVISED RELEASE HEARING

Comes now the United States, by and through the undersigned Assistant United States Attorney, and hereby moves the Court to reset the Final Revocation of Supervised Release Hearing of this matter currently set for Friday, October 21, 2022, and in support states as follows:

On September 27, 2022, your Honor requested the issuance of a warrant for Defendant Donald Moon for allegedly violating the terms and conditions of his supervised release by committing the offenses of Unlawful use of False Name/Identity (Count 1), Trespass in Structure/Conveyance (Count 2), and by failing to work regularly (Count 3) and by failing to notify the probation office of any change in residence (Count 4), as alleged in a Petition for Warrant or Summons For Offender Under Supervision. Thereafter, the Defendant was arrested and had his initial appearance on October 5, 2022, wherein he entered a denial to the allegations contained within the petition. Thereafter, this Honorable Court set the matter down for a final hearing on October 21, 2022.

1

However, as a result of the discovery of additional violations discovered by the Probation Officer, a superseding petition was filed and signed by this Court on October 18, 2022, alleging additional violations, including the Possession with Intent to Deliver Methamphetamine and the Possession of 15 or more Unauthorized Access Devices.

The Government has reached out to the Broward Sheriff's Office Crime Lab and has learned that the testing of the drugs in question will take an additional 2 weeks to complete. Moreover, discovery concerning these new violations was disclosed to the Defense on October 19, 2022, when received from the investigation agencies involved and the Defendant has not yet even been arraigned on the Superseding Petition. As a result, the Government is requesting a 30 day continuance of this matter to allow for the drugs in question to be tested by the crime lab. Counsel for Defendant Moon, Michael Becker, has been advised of this development, and objects to a continuance in the instant matter.

WHEREFORE, the United States respectfully requests that the Court cancel the pending final supervised release hearing set for this Friday, October 21, 2022 and reset it once the Defendant has been arraigned on his Superseding Petition currently pending before this court and after the BSO crime lab has completed its analysis in 30 days.

    Respectfully submitted,

    JUAN ANTONIO GONZALEZ
    UNITED STATES ATTORNEY

By:    /s/ Marc S. Anton
    MARC S. ANTON
    Assistant United States Attorney
    Florida Bar Number 0148369
    500 E. Broward Boulevard, Suite 700
    Tel: (954) 660-5668
    Fax: (954) 356-7736
    Marc.Anton@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 19, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Marc S. Anton
MARC S. ANTON
Assistant United States Attorney