**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 17-CR-60304-BLOOM**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DONALD MOON,

    Defendant.

_____/

### *DEFENDANT'S MOON'S UNOPPOSED MOTION*
### *CONTINUE THE FINAL REVOCATION HEARING*

COMES NOW, Donald Moon, by and through undersigned counsel, and respectfully requests that the Final Revocation Hearing for the Violation of Probation in this matter be continued for an additional two weeks. As grounds in support thereof the defense would state the following:

1. Mr Moon is trying to cooperate with the Government, however do to the holiday season and scheduling conflicts there has not been enough time to set up a debriefing.

2. For Debriefing purposes only, undersigned counsel is asking for an additional two weeks so all of the parties can get together and decide on how to proceed.

3. Undersigned counsel has conferred with AUSA Marc Anton and he does not object to a continuance at this time.

4. Undersigned counsel believes the parties have reached a resolution and there will not be a final contested hearing.

WHEREFORE the defense respectfully requests this motion be granted.

I HEREBY CERTIFY that the foregoing was filed using the CM/ECF system, on this 30th day of November, 2022.

Respectfully Submitted,

Michael D. Becker
201 NE 2nd Street
Ft. Lauderdale, Florida 33301
P: 954.727.5067
F: 305.532.9796
E: mdbeckerlaw@gmail.com

BY: **/s/ Michael D. Becker**
FL. Bar No. 096910